# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

PAUL POIRIER,

                Defendant.

Case No. 17-CR-148-JPS

**ORDER**

On August 22, 2017, the grand jury returned a two-count indictment against Defendant. (Docket #1). The government charged Defendant robbery, in violation of 18 U.S.C. § 1951(a), and brandishing a gun in connection therewith, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). *Id.* On November 1, 2017, the parties filed a plea agreement indicating that Defendant would plead guilty to both counts of the Indictment. (Docket #11 at 1-5).

The parties appeared before Magistrate Judge William E. Duffin on November 14, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #13). Defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #13 and #14).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be

accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #14). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #14) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge